UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHELE R. FREADMAN**<br>**Plaintiff,**<br><br>**v.**<br><br>**METROPOLITAN PROPERTY & CASUALTY INSURANCE CO.,**<br>**Defendant.** | **C.A. No. 01-628 ML** |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

Plaintiff, Michele Freadman, moves the Court for relief from Amended General Order #2002-01 to permit Plaintiff to file Memoranda in excess of ten pages in support of her forthcoming Objection to Magistrate's Report & Recommendation ("R&R"), Dated March 31, 2005. Plaintiff seeks to file a memorandum up to forty (40) pages, respectively, setting forth the portions of the R&R to which she objects and the reasons why.

Plaintiff avers that it is reasonably necessary for the Court to have access to this information in order to rule on the objection. The R&R is over forty pages and Plaintiff has to have the ability to address most, if not all, of the conclusions set forth in the R&R. Accordingly, Plaintiff respectfully asks the Court to grant her Motion to Exceed Page Limit.

Plaintiff,
By her attorney,

[signature]

Patricia E. Andrews, #4321

Granted.
[signature]
USDJ 7/8/05

170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 8th day of July, 2005, to Steven E. Snow, Esq., and Michael J. Murray, Esq., Partridge, Snow & Hahn, 180 South Main St., Providence, R.I. 02903-7120.