**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MICHELE FREADMAN**<br>**Plaintiff,**<br><br>**v.**<br><br>**METROPOLITAN PROPERTY & CASUALTY INSURANCE CO.,**<br>**Defendant.** | **C.A. No. 01-628 ML** |

**ERRATA SHEET**

1. Pg. 2, Line 3: Replace "needed given less hours," with "needed to be given less hours."

2. Pg. 2, Line 21: Replace "subordinates" with "subordinate."

2. Pg. 3, Line 4: Replace "go give a presentation" with "to give a presentation."

3. Pg. 3, Line 6: Replace "Cawley was the executive sponsor of the presentation which would give Freadman additional exposure to the officers group," with "Cawley was the executive sponsor of the presentation. The presentation would give Freadman additional exposure to the officers group."

4. Pg. 3, Line 12: Replace "she could not be working," with "she could not work."

5. Pg. 4, Line 12: Replace "was at meeting," with "was a meeting."

6. Pg. 4, Line 13: Replace "Smith had talked" with "Smith and they talked."

7. Pg. 13, Line 4: Remove last sentence beginning with "It should be noted," and move into footnote 12.

8. Pg. 24, Line 1: Replace "who is not," with "who is not disabled."

9. Pg. 24, Line 10: Remove second repetitive citation to Marcano-Rivera.

10. Pg. 24, footnote 25, Line 5:
Replace "Freadman should be give," with "Freadman should be given."

11. Pg. 25, Line 3: Put quotes before "making," and after the word "counts."

12. Pg. 25, Line 4: Put in two spaces before "A" and after "."

13. Pg. 25, Line 5: Remove citation to Hoffman.

14. Pg. 26, footnote 28, Line 5:
Replace "reverse" with "reversed."

15. Pg. 27, Line 1: Replace "that Magistrate," with "that the Magistrate."

16. Pg. 27, Line 7: Add citation after disabled.

17. Pg. 29, Line 4: Replace "worse" with "worst."

18. Pg. 30, Line 14: Replace "warning" with "warned."

19. Pg. 31, Line 5: Remove "it was."

20. Pg. 31, Line 8: Replace "concede, the language" with "concede - the language."

21. Pg. 31, Line 16: Indent new paragraph.

22. Pg. 32, footnote 34:
Place it in the text.