**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MICHELE R. FREADMAN,<br>Plaintiff,<br><br>v.<br><br>METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>Defendant. | C.A. No. 01-628-ML |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S OBJECTION TO THE REPORT RECOMMENDATION OF THE MAJISTRATE JUDGE**

The Defendant, Metropolitan Property and Casualty Insurance Company ("Metropolitan") hereby moves for an extension of time of 45 days or up to and including September 2, 2005 in which to file a Response to Plaintiff's Objection to the Report and Recommendation of Magistrate Martin dated March 31, 2004.

As grounds therefore, Metropolitan states:

1. Metropolitan is in the process of preparing a written response to the Plaintiff's Appeal on specific portions of the Magistrate Judge's Report and Recommendation.

2. The Magistrate Judge's Report and Recommendation is 49 pages in length. Plaintiff's recently filed Objection is 33 pages in length, and as such, Defendant will require substantial time to adequately review all documents and prepare a response to the Plaintiff's Appeal and Objection.

3. Defendant's counsel is currently engaged in preparing a lengthy written Opposition to a Special Motion to Dismiss in a Massachusetts Superior Court action entitled *Steven Howland v. Dartmouth Fire District No. 1*, Bristol County Superior Court, CA No.: 2005-

Granted. Mary M. Lisi USDJ 7/20/05

00348-A. Metropolitan's counsel is also engaged in other state court litigation which is requiring time consuming discovery throughout the month of August.

4. The requested extension of time is not advanced for the purposes of delay or harassment and will not prejudice the Plaintiff.

5. Plaintiff requested and received two lengthy extensions of time for the filing of her Objection to the Magistrate's Report and Recommendation.

Wherefore, Metropolitan prays that its Motion for an Extension of Time be allowed and that Metropolitan be granted leave to file its Response to Plaintiff's Objection on September 2, 2005.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 19, 2005