# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHELE R. FREADMAN,
Plaintiff,

v.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
Defendant.

C.A. No. 01-628 ML

## DEFENDANT'S MOTION FOR A FURTHER EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The Defendant, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), hereby moves for a further extension of time up to and including September 23, 2005 in which to file a Response to Plaintiff's Objection to the Report and Recommendation of Magistrate Martin dated March 31, 2004.

As grounds therefore, Metropolitan states:

1. Metropolitan is in the process of drafting a written response to the Plaintiff's Appeal on specific portions of the Magistrate Judge's Report and Recommendation.

2. The Magistrate Judge's Report and Recommendation is 49 pages in length. Plaintiff's recently filed Objection is 33 pages in length, and as such, Defendant has been required to spend a substantial amount of time to adequately review all documents, research case law, and prepare a response to the Plaintiff's Appeal and Objection.

3. Metropolitan's counsel has been engaged in other state court and administrative litigation which is requiring time-consuming discovery and other work throughout the month of August. Metropolitan's counsel has also been recently engaged as counsel for an

out-of-state general contractor who is involved in a protracted labor relations dispute. Consequently, counsel has unexpectedly been required to spend large amounts of time away from his office.

4. The requested extension of time is not advanced for the purposes of delay or harassment and will not prejudice the Plaintiff. The additional time requested is reasonable in duration. Defendant fully expects to file its response by or before September 23, 2005.

5. Plaintiff requested and received two lengthy extensions of time for the filing of her Objection to the Magistrate's Report and Recommendation.

WHEREFORE, Metropolitan prays that its Motion for a Further Extension of Time be allowed and that Metropolitan be granted leave to file its Response to Plaintiff's Objection on September 23, 2005.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the DEFENDANT'S MOTION FOR A FURTHER EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE to be served, by first class mail, postage prepaid, on the 19th day of August, 2005, to:

Patricia Andrews, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Robert B. Mann, Esquire
Mann & Mitchell
One Turks Head Building, Suite 501
Providence, RI 02903

Arleen M. York

810063_1/1633-9