# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHELE R. FREADMAN,
Plaintiff,

v.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
Defendant.

C.A. No. 01-628 ML

## DEFENDANT, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S, MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TEN (10) PAGES

The Defendant, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), hereby moves this Court, pursuant to Amended General Order 2002-1, for leave to file a memorandum in excess of ten (10) pages in support of its forthcoming Reply and Opposition to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation Dated March 31, 2005. Defendant seeks to file a memorandum no longer than 33 pages setting forth Defendant's reply to the Plaintiff's numerous objections to the Magistrate Judge's Report and Recommendation.

The grounds for this motion are more particularly set forth in the accompanying memorandum of law filed herewith.

WHEREFORE, Defendant, Metropolitan Property and Casualty Insurance Company, prays that its Motion for Leave to File a Memorandum in Excess of Ten Pages be allowed.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: September 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the within DEFENDANT, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S, MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TEN (10) PAGES to be served, by first class mail, postage prepaid, on the 9th day of September, 2005, to:

Patricia Andrews, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Robert B. Mann, Esquire
Mann & Mitchell
One Turks Head Building, Suite 501
Providence, RI 02903

817013_1/1633-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHELE R. FREADMAN,
Plaintiff,

v. C.A. No. 01-628 ML

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
Defendant.

**DEFENDANT, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S, MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TEN (10) PAGES**

Defendant, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), moves, pursuant to this Court's General Order 2002-1, for leave to file a memorandum in excess of ten (10) pages in support of its Reply and Opposition to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation Dated March 31, 2005. As grounds for this motion, Metropolitan states as follows:

1. Metropolitan's Reply and Opposition to Plaintiff's Objection is due to be filed on September 23, 2005.

2. The Magistrate Judge's Report and Recommendation in question is 49 pages in length and makes numerous factual findings and legal conclusions.. Plaintiff's Objection to the Magistrate Judge's Report and Recommendation is 33 pages in length and sets out numerous factual and legal arguments in support of its Opposition to the Report and Recommendation.

3. Given the length and detail of both the Magistrate Judge's Report and Recommendation and Plaintiff's Objection to it, it is necessary for Metropolitan to file a

memorandum in excess of ten pages in order to fully respond to the Plaintiff's lengthy Objection as well as argue the correctness of the Magistrate Judge's findings and rulings contained within his Report and Recommendation.

4. Allowance of the Motion will allow Metropolitan the opportunity to fully develop and argue the issues in this case, thereby aiding the Court in its decision regarding Plaintiff's Objection to the Report and Recommendation.

5. The present Motion is not advanced for the purposes of harassment and will not prejudice the Plaintiff.

6. Plaintiff filed a motion to exceed the page limit for its Objection to the Magistrate Judge's Report and Recommendation, and said motion was allowed by this Court. Defendant's Reply to the Plaintiff's Objection shall not be longer than the Plaintiff's Objection Memorandum.

WHEREFORE, Metropolitan prays that its Motion for Leave to File a Memorandum in Excess of Ten (10) Pages be allowed.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: September 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the within DEFENDANT, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S, MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TEN (10) PAGES to be served, by first class mail, postage prepaid, on the 9th day of September, 2005, to:

Patricia Andrews, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Robert B. Mann, Esquire
Mann & Mitchell
One Turks Head Building, Suite 501
Providence, RI 02903

Arleen M. York

817024_1/1633-9