**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHELE R. FREADMAN**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 01-628 ML** |
| **METROPOLITAN PROPERTY & CASUALTY INSURANCE CO.,**<br>**Defendant.** | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Now comes the Plaintiff, Michele R. Freadman, ("Plaintiff"), and respectfully requests that she be allowed to file a reply memorandum in the above-captioned matter. On March 31, 2005, Magistrate Judge David L. Martin issued a Report & Recommendation in favor of granting a Motion for Summary Judgment filed by Defendant Metropolitan Property & Casualty Insurance. Plaintiff filed an objection to this R&R. Defendant filed a response to that objection. Plaintiff now seeks to file a reply to Defendant's response, consisting of less than fifteen (15) pages.

Pursuant to the provisions of Amended General Order 2002-01, Plaintiff respectfully requests that she be allowed twenty (20) days from the date this motion is granted to file said reply.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

MICHELE R. FREADMAN
By her Attorneys,

Patricia E. Andrews, Esq. #4321

170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Robert B. Mann, #0153
Mann & Mitchell
1 Turks Head Place, Suite 501
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed and [redacted] to the office of Steven E. Snow, Esq., Michael J. Murray, Esq., Partridge, Snow & Hahn, 180 South Main St., Providence, R.I. 02903-7120 on the 3RD day of September 2005.