# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHELE R. FREADMAN,
Plaintiff,

v.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
Defendant.

C.A. No. 01-628 ML

## DEFENDANT METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Now comes the Defendant, Metropolitan Property and Casualty Insurance Company and opposes the Plaintiff's Motion for Leave to File a Reply Memorandum to the Defendant Metropolitan Property and Casualty Insurance Company's Response to Plaintiff's Objection to the Report and Recommendation of the Magistrate Judge.

As grounds therefore, Defendant refers to its Memorandum which is attached hereto and incorporated herein.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200 - (401) 861-8210 FAX

DATED: October 6, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the DEFENDANT METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM to be served, by first class mail, postage prepaid, on the 6 day of October, 2005, to:

Patricia Andrews, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Robert B. Mann, Esquire
Mann & Mitchell
One Turks Head Building, Suite 501
Providence, RI 02903

Betty A. Bentley

821422_1/1633-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHELE R. FREADMAN,<br>Plaintiff<br><br>v.<br><br>METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>Defendant | C.A. No. 01-638 ML |

## DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Now comes the Defendant Metropolitan Property and Casualty Insurance Company ("Met") and submits the following Memorandum in Support of Its Opposition to Plaintiff's Motion for Leave to File Reply Memorandum.

## I. FACTS

On March 31, 2005, Magistrate Judge David L. Martin, issued a Report and Recommendation on Met's Motion for Summary Judgment. In that Report and Recommendation, Magistrate Judge Martin correctly recommended that this Court allow Met's Summary Judgment motion. In response to the Report and Recommendation, Plaintiff filed an Objection to the Report and Recommendation. Plaintiff's Memorandum and Objection to the Report and Recommendation exceeded 30 pages. On September 23, 2005, Met filed its response to the Plaintiff's Objection to the Report and Recommendation. Defendant's memorandum was approximately 32 pages.

## II. ARGUMENT

Plaintiff seeks to file a reply memorandum to Met's response to Plaintiff's Objection to the Report and Recommendation of the Magistrate Judge. Both parties have

submitted extensive memoranda arguing all of the legal and factual issues raised by the Magistrate Judge's Report and Recommendation. Each party's memoranda has exceeded 30 pages. There are few or no issues and/or arguments left to be made in regard to the Magistrate Judge's Report and Recommendation. The time has come for the Plaintiff to allow a final determination on Met's Summary Judgment motion.

Allowance of Plaintiff's Motion to File Reply Memorandum will result in needless delay. Met's Motion for Summary Judgment has been pending since September, 2003. Both parties have had ample opportunity to explore all legal and factual issues raised both by Met's Motion for Summary Judgment and the Magistrate Judge's Report and Recommendation. There is no need for further delay in this matter. Moreover, Met's response to the Plaintiff's Objection to the Report and Recommendation has been filed with the Court and Plaintiff since September 23, 2005. Despite this fact, Plaintiff has sat back for almost two weeks before requesting an opportunity to file the reply memorandum. It is time for Plaintiff to stop delaying the inevitable and allow the matter to be decided by this Court.

## III. CONCLUSION

In light of the above, Defendant Metropolitan Property and Casualty Insurance Company specifically requests that Plaintiff's Motion for Leave to File Reply Memorandum be denied.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: 10/6/05

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM was mailed, postage prepaid, on this 6 day of October, 2005:

Patricia Andrews, Esquire
170 Westminster Street, Suite 601
Providence, RI )2903

Robert B. Mann, Esquire
Mann & Mitchell
One Turks Head Building, Suite 501
Providence, RI 02903

Betty A Bentley

821432_1/1633-9