UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MICHELE R. FREADMAN**

**v.** **C.A. 01-628ML**

**METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendant, Metropolitan Property and Casualty Insurance Company, against the plaintiff, Michele R. Freadman, pursuant to the Memorandum and Order dated February 14, 2006 accepting the report and recommendation of Magistrate Judge David L. Martin on March 31, 2005 GRANTING the Defendant's Motion for Summary Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: February 14, 2006**