UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHELE R. FREADMAN,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | C. A. No. 01-628ML |

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Michele R. Freadman, by and through her undersigned counsel, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on February 14, 2006 in which the District Court for the District of Rhode Island, pursuant to a Memorandum and Order dated February 14, 2006, granted summary judgment in favor of Defendant, Metropolitan Property and Casualty Insurance Company, against the Plaintiff, Michele R. Freadman, and accepted the Report and Recommendation of Magistrate Judge David L. Martin, which is dated March 31, 2005.

Plaintiff,
By her attorney,

Patricia E. Andrews, #4321
170 Westminster Street, Suite 601
Providence, Rhode Island 02903
(401) 421-0966
(401) 351-4802

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I mailed or delivered a true copy of the within Notice of Appeal on the 15th day of March, 2006 to Steven Snow and Michael Murray, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, Rhode Island 02903.