01-628
USDC/R.I.
Lisi, M.

# United States Court of Appeals
## For the First Circuit

---

No. 06-1486

MANDATE

MICHELE R. FREADMAN,

Plaintiff, Appellant,

v.

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant, Appellee.

---

**JUDGMENT**

Entered: April 18, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of summary judgment for Metropolitan Property and Casualty Insurance Company is affirmed. Costs are awarded to Metropolitan Property and Casualty Insurance Company.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George Koto
**Deputy Clerk**

**Date:** 5/10/07

By the Court:
RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Ms. Andrews, Mr. Mann, Mr. Juel, Mr. Murray, Mr. Snow, & Ms. Oxford.]