# United States Court of Appeals
## For the First Circuit

No. 06-1486
D.C. No. 01-00628

MICHELE R. FREADMAN

Plaintiff - Appellant

v.

METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY

Defendant - Appellee

TAXATION OF COSTS

Entered: May 24, 2007
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of Appellee Metropolitan Property & Casualty Insurance Company are taxed as follows:

Reproduction of Appellee's Brief: $ 172.50

**TOTAL: $ 172.50**

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **May 10, 2007.**

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER
By:___________________
Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 5/24/07

[Certified copy: Mr. David DiMarzio, Clerk of the United States District Court of Rhode Island]

[cc: Patricia E. Andrews, Esq., Robert B. Mann, Esq., Edward Juel, Esq., Michael J. Murray, Esq., Steven E. Snow, Esq., Susan R. Oxford, Esq.]